IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| HENKEL CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 1:06-cv-0665 |
| v. | : | |
| | : | |
| CHEMQUEST, INC. | : | |
| | : | HONORABLE ROBERT HOLMES BELL |
| Defendant. | : | Chief, U.S. District Judge |
| | : | |
| | : | |

**STIPULATED MOTION FOR ENTRY OF CONSENT DECREE AND ORDER**

WHEREAS, Plaintiff Henkel Corporation has filed a complaint in the United States District Court, Western District of Michigan, Civil Action No. 1:06-cv-0665 against Defendant ChemQuest, Inc., seeking preliminary and injunctive relief and damages for patent infringement, trademark infringement, unfair competition, and unjust enrichment; and

WHEREAS the parties desire to settle and terminate all claims and disputes between them in order to avoid the expense of continued litigation, and stipulate to entry of a Consent Decree and Order herein;

NOW, THEREFORE, the parties hereby move for entry of the attached Consent Decree and Order.

       Respectfully submitted,

HENKEL CORPORATION

Dated: February 19, 2007     By:     /s/ Matthew J. Gipson
                                       One of Its Attorneys

Matthew J. Gipson (P60169)
PRICE, HENEVELD, COOPER, DEWITT & LITTON, LLP
695 Kenmoor SE
P.O. Box 2567
Grand Rapids, Michigan 49501-2567
616/949-9610
616/957-8196 Fax
mgipson@priceheneveld.com

Daniel J. Harbison
Rudolf E. Hutz
Stanley C. Macel, III
Eric J. Evain
Jennifer Fraser
CONNOLLY BOVE LODGE & HUTZ LLP
1107 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
302/658-9141
302/658-5614 Fax
DHarbison@cblh.com

CHEMQUEST, INC.

                                  By:     /s/ Terence J. Linn
Dated: February 19, 2007             One of Its Attorneys

Terence J. Linn (P33449)
Catherine S. Collins (P56616)
VAN DYKE, GARDNER, LINN & BURKHART LLP
2851 Charlevoix Drive SE
P.O. Box 888695
Grand Rapids, Michigan 49588-8695
616/975-5500
616/975-5505 Fax
linn@vglb.com